# UNITED STATES DISTRICT COUNT
# DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| CAEDEN WINBORNE PPA KAREN HURDLE | : | |
| *Plaintiff* : | | CIVIL ACTION NO. |
| VS. | : | |
| FRANKLIN ACADEMY, INC., ET AL. | : | FEBRUARY 22, 2021 |
| *Defendant* | : | |

## NOTICE OF REMOVAL

TO THE HONORABLE JUDGES OF THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF CONNECTICUT

Defendants, Franklin Academy, Inc. and Frederick Weissbach, by their undersigned counsel, pursuant to 28 U.S.C. Sections 1331, 1332, 1441 and 1446, hereby remove this action from the Superior Court of the Judicial District of Hartford at Hartford in the State of Connecticut, where it is now pending, to the United States District Court of the District of Connecticut. In support of its petition for removal, Defendants state as follows:

1. An action was made returnable on March 16, 2021 to the Superior Court for the Judicial District of Hartford at Hartford entitled "Caeden Winborne ppa Karen Hurdle v. Franklin Academy, Inc. and Frederick Weissbach" (of which true and correct copies are attached hereto as Exhibit A) by in-hand service with Mr. Weissbach on February 5, 2021. No further proceedings have been held herein.

2. The action pending in the state court is a civil action including allegations of violation of 42 U.S.C. §12000a and 42 U.S.C. §1981 over which this Court has subject-matter jurisdiction because the alleged action raises a Federal question of law.

3. Defendants, Franklin Academy, Inc. and Frederick Weissbach, were served with the Summons and Complaint on February 5, 2021.

4. This Notice of Removal is being filed within 30 days after the defendants first received the Plaintiff's Summons and Complaint and therefore, is timely filed under 28 U.S.C. §1446(b).

5. Defendants Franklin Academy, Inc. and Frederick Weissbach consent to the removal of this action.

5. Defendants, Franklin Academy, Inc. and Frederick Weissbach will give written notice of the filing of this Notice of Removal, and will provide a copy of this Notice of Removal to the Clerk of the Hartford Superior Court, as required by 28 U.S.C. §1446(b) once the Summons and Complaint have been returned to the court.

                                                THE DEFENDANTS

BY_____

Michelle Gramlich
Musco & Iassogna
555 Long Wharf Drive, 10th Floor
New Haven, CT 06511
Tel: (203) 782-4122
Fax: (203) 782-4128
E-Mail: michelle.gramlich@m-ilaw.com

**CERTIFICATION**

       This is to certify that a copy of the foregoing was filed electronically on the 22nd day of February, 2021. Notice of this filing will be sent via e-mail to all parties by the operation of the Court's electronic filing system.

                                                                                  _____

                                                                                    Michelle Gramlich